No. 1745, Misc.  Fox *v.* Dutton, Warden.  C. A. 5th Cir.  Certiorari denied.  *Philip M. Carden* for petitioner.

No. 1751, Misc.  Borum *v.* United States.  C. A. D. C. Cir.  Certiorari denied.  *Howard C. Westwood* and *T. Rognald Dankmeyer, Jr.*, for petitioner.  *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1752, Misc.  Dumas *v.* California.  C. A. 9th Cir.  Certiorari denied.

No. 1756, Misc.  Nelson *v.* Illinois.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 1775, Misc.  Justice *v.* United States.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1797, Misc.  Gant *v.* Kropp, Warden.  C. A. 6th Cir.  Certiorari denied.  *Frank J. Kelley*, Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1801, Misc.  Hart *v.* United States.  C. A. 2d Cir.  Certiorari denied.  Mr. Justice Douglas is of the opinion that certiorari should be granted.  *Gilbert S. Rosenthal* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.